No. 692. PUBLIC SERVICE COMMISSION OF WYOMING ET AL. *v.* TRI-STATE GENERATION & TRANSMISSION ASSN., INC. C. A. 10th Cir. Motion of National Association of Regulatory Utility Commissioners for leave to file a brief as *amicus curiae* granted. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE STEWART are of the opinion that certiorari should be granted. *James E. Barrett,* Attorney General of Wyoming, *Sterling A. Case,* Deputy Attorney General, and *Don M. Empfield,* Special Assistant Attorney General, for Public Service Commission of Wyoming et al., and *William H. Dempsey, Jr., Ralph J. Moore, Jr., Sidney G. Baucom,* and *Bryce E. Roe* for Cheyenne Light, Fuel & Power Co. et al., petitioners. *Raphael J. Moses, John J. Conway,* and *George P. Sawyer* for respondent. *Paul Rodgers* for National Association of Regulatory Utility Commissioners as *amicus curiae* in support of the petition. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Alan S. Rosenthal,* and *Leonard Schaitman* filed a brief for the United States as *amicus curiae,* by invitation of the Court, 396 U. S. 998, in opposition.

No. 844. UNITED STATES *v.* FALK. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE WHITE are of the opinion that certiorari should be granted. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Crombie J. D. Garrett* for the United States. *Arthur E. Fixel* for respondent.

No. 930, Misc. DENNIS *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *Robert R. Granucci,* Deputy Attorneys General, for respondents.